LEXINGTON LAW GROUP
Howard Hirsch (State Bar No. 213209)
Abigail Blodgett (State Bar No. 278813)
503 Divisadero Street
San Francisco, CA  94117
Telephone:  (415) 913-7800
Facsimile:  (415) 759-4112
hhirsch@lexlawgroup.com
ablodgett@lexlawgroup.com

Attorneys for Plaintiff
ANDREA GREENBERG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA GREENBERG, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>GALDERMA LABORATORIES, L.P., and DOES 1-100,<br><br>              Defendants. | Case No. 3:16-CV-06090-WHO<br><br>**STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:  Hon. William H. Orrick<br><br>Action Removed:  October 21, 2016 |

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Andrea Greenberg ("Plaintiff") and defendant Galderma Laboratories, L.P. ("Galderma") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation setting the briefing and hearing schedule for Plaintiff's Motion to Remand and Defendant's Motion to Dismiss, and declare the following:

WHEREAS, Plaintiff's Complaint was originally filed in the Superior Court of the State of California, County of Alameda, Case No. RG 16-831799;

WHEREAS, on October 21, 2016, Galderma filed a Notice of Removal pursuant to the Class Action Fairness Act ("CAFA") removing this action to the Northern District of California, Case No. 3:16-CV-06090;

WHEREAS, pursuant to 28 U.S.C. § 1446(a), Galderma's Notice of Removal includes a short and plain statement of the grounds for removal, and, pursuant to *Dart v. Cherokee Basin Operating Co. LLC*, 135 S. Ct. 547 (2014) and its progeny, the Notice of Removal does not include any evidentiary submissions;

WHEREAS, Plaintiff intends to submit a Motion to Remand this case to the Superior Court shortly on the grounds that Galderma has not and cannot prove by a preponderance of the evidence that Plaintiff's claims satisfy the $5 million jurisdictional threshold under CAFA;

WHEREAS, Galderma intends to oppose Plaintiff's Motion to Remand;

WHEREAS, Plaintiff anticipates conducting discovery regarding Galderma's jurisdictional allegations after reviewing any evidentiary submissions filed by Galderma in connection with its Opposition to the Motion to Remand;

WHEREAS, on October 25, 2016, the Parties stipulated to extend Galderma's deadline to respond to the Complaint from October 28, 2016 to November 28, 2016;

WHEREAS, on November 28, 2016, Galderma filed its Motion to Dismiss the Complaint;

WHEREAS, Plaintiff's current deadline to file an Opposition to the Motion to Dismiss is December 12, 2016, and Galderma's current deadline to file a Reply to Plaintiff's Opposition is December 19, 2016;

WHEREAS, the hearing for Galderma's Motion to Dismiss is currently set for January 25, 2017 at 2:00 p.m. before the Honorable William H. Orrick in Courtroom 2 of this Court;

WHEREAS, the Parties agree that it would be most efficient to hold the hearings for Galderma's Motion to Dismiss and Plaintiff's anticipated Motion to Remand on the same date;

WHEREAS, the Parties have met and conferred and agreed that they will need additional time to conduct discovery prior to the January 25, 2017 hearing and to submit briefs to oppose and reply to each motion;

WHEREAS, pursuant to the Court's Case Management Conference Order (ECF No. 12) the initial Case Management Conference ("CMC") is presently scheduled for January 24, 2017;

WHEREAS, the Parties agree that it would be more efficient to hold the initial CMC after the Court's ruling on Plaintiff's anticipated Motion to Remand and Galderma's Motion to Dismiss;

WHEREAS, the Parties agree that neither will be prejudiced by extending the hearing for the Motion to Dismiss and scheduling the hearing for the Motion to Remand on that same day, nor will this litigation be unreasonably delayed.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to the following briefing and hearing schedule:

a) Plaintiff shall file a Motion to Remand the case to the Superior Court on or before December 19, 2016;

b) Galderma shall file its opposition papers to Plaintiff's Motion to Remand on or before January 18, 2017;

c) Plaintiff shall file her reply papers related to any Motion to Remand on or before March 24, 2017;

d) Plaintiff shall file her opposition papers to the Motion to Dismiss on or before February 24, 2017;

e) Galderma shall file its reply papers in support of its Motion to Dismiss on or before March 24, 2017; and

f) The hearing for the Motion to Dismiss and the Motion to Remand on April

5, 2017, at 2:00 p.m., or at such other time thereafter as the Court might schedule.

    g)    The Case Management Conference presently scheduled for January 24, 2017 shall be continued until April 25, 2017, or at such other time thereafter as the Court might schedule.

**IT IS SO STIPULATED.**

DATED: December 6, 2016        LEXINGTON LAW GROUP

By: /s/ Howard Hirsch
Howard Hirsch
Attorneys for Plaintiff

DATED: December 6, 2016        MAYER BROWN LLP

By: /s/ Dale J. Giali
Dale J. Giali
Attorneys for Defendant

## **ATTESTATION**

Pursuant to N.D. Cal. Local Rule 5.1(i)(3), I, Howard Hirsch, hereby attest that concurrence to the filing of this document has been obtained from each signatory.

DATED: December 6, 2016        LEXINGTON LAW GROUP

By: /s/ Howard Hirsch
Howard Hirsch
Attorneys for Plaintiff

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: December 7, 2016

_____
UNITED STATES DISTRICT COURT JUDGE