MAYER BROWN LLP
DALE J. GIALI (SBN 150382)
 dgiali@mayerbrown.com
KERI E. BORDERS (SBN 194015)
 kborders@mayerbrown.com
REBECCA B. JOHNS (SBN 293989)
 rjohns@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
GALDERMA LABORATORIES, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GREENBERG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>GALDERMA LABORATORIES, L.P., and DOES 1-100,<br><br>Defendants. | Case No. 3:16-CV-06090-WHO<br><br>**STIPULATED REQUEST AND ORDER FOR AN ORDER EXTENDING TIME**<br><br>Action Removed: October 21, 2016 |

Plaintiff Andrea Greenberg ("Plaintiff") and defendant Galderma Laboratories, L.P. ("Galderma") (collectively, the "Parties"), by and through their respective counsel of record and pursuant to Local Rule 6-1(b), submit the following stipulated request for an extension of time and for re-setting the briefing and hearing schedules for Plaintiff's Motion to Remand and Defendant's Motion to Dismiss:

WHEREAS, Plaintiff's complaint (Dkt. 1-2) was originally filed in the Superior Court of the State of California, County of Alameda, Case No. RG16831799.

WHEREAS, on October 21, 2016, Galderma filed a Notice of Removal removing this action to the Northern District of California, Case No. 3:16-CV-06090.

WHEREAS, on October 25, 2016, the Parties stipulated to extend Galderma's deadline to file its motion to dismiss the complaint from October 28, 2016 to November 28, 2016.

WHEREAS, on November 28, 2016, Galderma moved to dismiss the complaint.

WHEREAS, on December 6, 2016, the Parties stipulated to a briefing and hearing schedule, setting the deadlines for briefing and hearings on the Motion to Remand and the remainder of the briefing due on the Motion to Dismiss and continuing the initial Case Management Conference from January 24, 2017 until after the Court's ruling on the Motion to Remand and the Motion to Dismiss.

WHEREAS, on December 7, 2016, the Court approved the stipulated briefing and hearing schedule and ordered the deadlines and dates as follows:

    a)    Plaintiff's deadline to file a Motion to Remand the case to the Superior Court was set for on or before December 19, 2016;

    b)    Galderma's deadline to file its opposition papers to Plaintiff's Motion to Remand was set for on or before January 18, 2017;

    c)    Plaintiff's deadline to file her reply papers related to any Motion to Remand was set for on or before March 24, 2017;

    d)    Plaintiff's deadline to file her opposition papers to the Motion to Dismiss was set for on or before February 24, 2017;

e)   Galderma's deadline to file its reply papers in support of its Motion to Dismiss was set for on or before March 24, 2017;

f)   The hearing for the Motion to Dismiss and the Motion to Remand was set for April 5, 2017, at 2:00 p.m.; and

g)   The Case Management Conference was postponed until April 25, 2017.

WHEREAS, on December 19, 2016, Plaintiff filed a Motion to Remand.

WHEREAS, on January 18, 2017, Galderma filed its Opposition to Plaintiff's Motion to Remand.

WHEREAS, on January 25, 2017, Plaintiff served on Galderma: (1) Plaintiffs' First Set of Requests for Production of Documents to Defendant Galderma Laboratories, L.P.; and (2) Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) related to Plaintiff's Motion to Remand.  The deadline for Galderma to respond to Plaintiff's First Set of Requests for Production of Documents is February 27, 2017 and the deposition is currently set for March 8, 2017.

WHEREAS, the Parties are currently engaged in discussions to resolve this case, which would obviate the need for continued discovery and briefing in this matter.  Accordingly, the Parties agree that it would be most efficient to continue current deadlines in the case for approximately thirty (30) days.

WHEREAS, the Parties agree that neither will be prejudiced by the agreed-upon extension, nor will this litigation be unreasonably delayed.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to the following schedule:

a)   Plaintiff's deadline to file her reply papers related to any Motion to Remand shall be set for on or before April 24, 2017;

b)   Plaintiff's deadline to file her opposition papers to the Motion to Dismiss shall be set for on or before March 27, 2017;

c)   Galderma's deadline to respond to Plaintiff's First Set of Requests for

            Production of Documents shall be set for on or before March 29, 2017;

d) The Parties will meet and confer on a date for the deposition requested in Plaintiff's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6), which will be set for a mutually convenient date on or after April 7, 2017 but no later than April 14, 2017;

e) Galderma's deadline to file its reply papers in support of its Motion to Dismiss shall be set for on or before April 24, 2017;

f) The hearing for the Motion to Dismiss and the Motion to Remand shall be postponed until May 10, 2017, at 2:00 p.m., or at such other time thereafter as the Court might schedule; and

g) The Case Management Conference presently scheduled for April 25, 2017 shall be postponed until May 30, 2017, or at such other time thereafter as the Court might schedule.

DATED: February 14, 2017

MAYER BROWN LLP
Dale J. Giali
Keri E. Borders
Rebecca B. Johns

By: */s/Dale J. Giali*
      Dale J. Giali
Attorneys for Defendant

DATED: February 14, 2017

LEXINGTON LAW GROUP
Howard Hirsch
Abigail Blodgett

By: */s/Howard Hirsch*
      Howard Hirsch
Attorneys for Plaintiff

**ATTESTATION**

I, Dale J. Giali, hereby attest, pursuant to N.D. Cal. Local. Rule 5.1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

By: /s/ *Dale J. Giali*

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: February 17, 2017

_____
UNITED STATES DISTRICT COURT JUDGE